**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6621**

———————

STEPHEN WAYNE HOLDER,

                              Petitioner - Appellant,

        versus

NORTH CAROLINA ATTORNEY GENERAL; FRANKLIN
FREEMAN; MARTIN J. MCDADE,

                              Respondents - Appellees.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Richard C. Erwin, Senior District Judge. (CA-96-952-2)

———————

Submitted: November 6, 1997      Decided: November 25, 1997

———————

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Nora Henry Hargrove, Wilmington, North Carolina, for Appellant. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>Holder v. North Carolina Attorney General</u>, No. CA-96-952-2 (M.D.N.C. Mar. 25, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>